# EXHIBIT A

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2021-019045 CA22

**MARIA L. DUQUE,**

    Plaintiff,

vs.

**TARGET CORPORATION,**

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, MARIA L. DUQUE, by and through undersigned counsel and sues the Defendant, TARGET CORPORATION, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, MARIA L. DUQUE, at all times material and relevant hereto was a resident of Hialeah, Miami-Dade County, Florida and is sui juris.

3. That the Defendant, TARGET CORPORATION, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about November 2, 2020 the Plaintiff, MARIA L. DUQUE, was lawfully on the premises of the Defendant, TARGET CORPORATION, located at 5601 NW 183rd St., Miami Gardens, Florida 33055, as a business invitee.

5. That on or about November 2, 2020 the Defendant, TARGET CORPORATION, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about November 2, 2020 the Defendant, TARGET

CORPORATION, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff slipped and fell on dirty, slippery debris in the restroom on the Defendant's premises, causing the Plaintiff, MARIA L. DUQUE, to seriously injure herself.

7. That the Defendant, TARGET CORPORATION, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, MARIA L. DUQUE, of the existence of the dangerous condition.

8. That the Defendant, TARGET CORPORATION, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, TARGET CORPORATION, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, TARGET CORPORATION, failed to warn the Plaintiff, MARIA L. DUQUE, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, MARIA L. DUQUE, was known or reasonably foreseeable by the Defendant, TARGET CORPORATION, and the Plaintiff, MARIA L. DUQUE, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, MARIA L. DUQUE, was severely injured.

13. That as a direct and proximate result of the negligence of the

Defendant, TARGET CORPORATION, the Plaintiff, MARIA L. DUQUE, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, TARGET CORPORATION, the Plaintiff, MARIA L. DUQUE, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, TARGET CORPORATION, and a trial by jury of all issues triable as a right by a jury.

DATED this 12th Day of August, 2021.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:mc